1　DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
2　JASON G. REVZIN, ESQ.
Nevada Bar No. 8629
3　LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
4　Las Vegas, NV 89118
Telephone: (702) 893-3383
5　Fax: (702) 893-3789
E-Mail: dennis@lbbslaw.com
6　E-Mail: revzin@lbbslaw.com
*Counsel for Defendant Trans Union LLC*
7
8
9　UNITED STATES DISTRICT COURT

10　DISTRICT OF NEVADA

11

| 12　MARIA DIAZ and OMAR DIAZ, | Case No. _____ |
|---|---|
| 13　　　　　　Plaintiff, | |
| 14　v. | **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** |
| 15　R.C. WILEY HOME FURNISHINGS, Corporation, RICHLAND HOLDINGS, | |
| 16　INC., a Corporation dba ACCTCORP; EQUIFAX INC, a Corporation, and | |
| 17　TRANS UNION, LLC; a Corporation, and EXPERIAN INFORMATION SOLUTION, | |
| 18　INC., a Corporation, | |
| 19　　　　　　Defendants. | |

20

21　　　　Trans Union LLC ("Trans Union"), files this Notice of Removal pursuant to 28

22　U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

23
24　　　　　　　　　　A. UNDERLINE INTRODUCTION

25　　　1.　　On or about November 2, 2011, Plaintiffs Maria Diaz and Omar Diaz

26　("Plaintiffs") filed Plaintiffs' Complaint ("Complaint") in the District Court for Clark County,

27

28

4840-5651-3806.1
3703429.1/SP/83057/0100/111811

1

Nevada, under Case No. A-11-651038-C ("State Court Action") alleging that Defendants R.C. Wiley Home Furnishings, Richland Holdings, Inc. dba Acctcorp; Equifax Inc, and Trans Union, LLC; a Corporation violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*. On November 16, 2011, Plaintiffs filed an Amended Complaint to include Experian Information Solutions Inc. as a Defendant.

2.      The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal. The Defendants were served with Plaintiffs' Complaint on the following dates: Trans Union was served on November 8, 2011;  R.C. Wiley Home Furnishings was served on November 3, 2011; Richland Holdings, Inc. dba Acctcorp was served on November 3, 2011; and Equifax Inc was served on November 8, 2011. The Amended Complaint was filed on November 16, 2011 and served upon the Defendants on November 17, 2011. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

## B. GROUNDS FOR REMOVAL

The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331, 1441(b). In his Petition, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*. Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

/ / /

## C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

3. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

4. In accordance with 28 U.S.C. § 1446(a), all executed process, pleadings asserting causes of action, and orders served upon the Defendant Trans Union in the State Court Action are attached hereto as Exhibit "A".

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the first Defendant received a copy of Plaintiffs' pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiffs and will file a copy of this Notice of Removal with the Clerk of the District Court for Clark County, Nevada, as required by 28 U.S.C. § 1446(d).

7. Trial has not commenced in the Court of Common Pleas for the District Court for Clark County, Nevada, under Case No. A-11-651038-C.

8. All Defendants, who have been served upon the date of filing of this Notice of Removal and remain parties to this litigation, consent to the removal of this case. Consents in the Removal from R.C. Wiley Home Furnishings, Richland Holdings, Inc. dba Acctcorp; Equifax Inc. are attached hereto as Exhibit "B". By filing this Notice of Removal, Trans Union consents to the removal of this case.

/ / /

/ / /

/ / /

1    WHEREFORE, PREMISES CONSIDERED, Trans Union LLC, hereby gives

2    notice that this action is removed to this the United States District Court for the District of

3    Nevada, Las Vegas Division, and requests that it receive such other and further relief to

4    which it may show itself justly entitled at law or in equity.

5        DATED this _22nd_ day of November, 2011.

6                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8                                        DARRELL D. DENNIS, ESQ.
9                                        Nevada Bar No. 6618
                                         JASON G. REVZIN, ESQ.
10                                       Nevada Bar No. 8629
                                         6385 S. Rainbow Boulevard, Suite 600
11                                       Las Vegas, NV 89118
                                         Telephone: (702) 893-3383
12                                       Fax: (702) 893-3789
                                         E-Mail: dennis@lbbslaw.com
13                                       E-Mail: revzin@lbbslaw.com
                                         *Counsel for Defendant Trans Union LLC*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4840-5651-3806.1
3703429.1/SP/83057/0100/111811

4

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd of November, 2011, I filed **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Roberta Ohlinger-Johnson, Esq.
HARRIS,YUG & OHLINGER
1489 W. Warm Springs Road, Suite #110
Henderson, NV 89014
Telephone: (702) 966.8270
Fax: (866) 592.8826
*Counsel for Plaintiffs*

An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

# EXHIBIT "A"

1  SUMM
   **HARRIS, YUG & OHLINGER**
2  ELLIOTT D. YUG, ESQ.
   Nevada Bar #5172
3  ROBERTA OHLINGER-JOHNSON, ESQ.
   Nevada Bar #10946
4  1489 W. Warm Springs Road, Ste #110
   Henderson, NV 89014
5  702.966.8270 Telephone
   866.592.8806 Facsimile
6  efile@HYandOAttorneys.com
   Attorneys for Plaintiff
7

8
   MARIA DIAZ and OMAR DIAZ,                    )
9                                               )
   Plaintiff(s)                                 )   CASE NO.: A 11-651038-C
10                                              )
              vs.                               )
11                                              )
   R.C. WILLEY HOME FURNISHINGS, a              )   DEPT. NO.: XXVII
12                                              )
   Corporation, RICHLAND HOLDINGS, Inc., a      )   [x] EXEMPT [ ] **NOT** EXEMPT FROM
13                                              )
   Corporation dba ACCTCORP; EQUIFAX INC,       )   ADR pursuant to NAR 3A - Requests
14                                              )
   a Corporation, and TRANS UNION LLC, a        )   Equitable Relief
15                                              )
   Corporation                                  )
16                Defendant(s)

17

18  _____

19
                        **SUMMONS – CIVIL**
20
                    AS TO TRANS UNION LLC
21

22  **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**

23  **WITHOUT YOUR BEING HEARD ULESS YOU RESPOND WITHIN 20 DAYS. READ**

24  **THE INFORMATION BELOW.**

25

26  **TO THE DEFENDANTS(S):** A civil Complaint has been filed by the Plaintiff(s) against you

27  for the relief set forth in the Complaint.

28

                                    -1-

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

/S/ R.O.

HARRIS, YUG & OHLINGER
ROBERTA OHLINGER-
JOHNSON, ESQ.
Nevada Bar #10946
ELLIOTT D. YUG, ESQ.
Nevada Bar #5172

STEVEN D. GRIERSON
CLERK OF COURT

By: _____ JOSEFINA SAN JUAN _____  NOV 07 2011

Deputy Clerk                                    Date

Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

-2-

**AFFIDAVIT OF SERVICE**

STATE OF            )
                   )   ss:
COUNTY OF       )
                   )

_____, being duly sworn, says: That at all times herein affiant was and is

over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is

made. That affiant received _____ copy(ies) of the Summons and Complaint, _____

on the _____ day of _____, 2011 and served the same on the _____ day of

_____, 2011 by:

**(Affiant must complete the appropriate paragraph)**

1. Delivering and leaving a copy with the Defendant _____ at (state

   address) _____ .

2. Serving the Defendant _____ by personally delivering and leaving a copy

   with _____, a person of suitable age and discretion residing

   at the Defendant's usual place of abode located at (state address) _____

   _____ .

**[Use paragraph 3 for service upon agent, completing (a) or (b)]**

3. Serving the Defendant _____ by personally delivering and leaving a

   copy at (state address) _____

-3-

a.  With _____ as _____, an agent lawfully

designated by statute to accept service of process;

b.  With _____, pursuant to NRS 14.020 as a person of suitable

age and discretion at the above address, which address is the address of the

resident agent as shown on the current certificate of designation filed with the

Secretary of State.

4.  Personally depositing a copy in a mail box of the United States Post Office, enclosed in a

sealed envelope, postage prepaid (Check appropriate method):

☐ Ordinary mail
☐ Certified mail, return receipt requested
☐ Registered mail, return receipt requested

Addressed to the Defendant _____ at Defendant's last known address

which is (state address) _____

I declare under penalty of perjury under the law of the State of Nevada that the foregoing

is true and correct.

EXECUTED this ____ day of _____, 2011.


_____
Signature of person making service

Electronically Filed
11/02/2011 04:45:51 PM

**CLERK OF THE COURT**

1   **COMP**
    *HARRIS, YUG & OHLINGER*
2   ROBERTA OHLINGER-JOHNSON, ESQ.
    Nevada Bar #10946
3   1489 W. Warm Springs Road, Ste #110
    Henderson, NV 89014
4   702.966.8270 Telephone
    866.592.8806 Facsimile
5   efile@HYandOAttorneys.com
    Attorneys for Plaintiff(s)
6

7

8                   **DISTRICT COURT**
                 **CLARK COUNTY, NEVADA**
9

10  MARIA DIAZ and OMAR DIAZ,            )        A- 1 1 - 6 5 1 0 3 8 - C
                                         )
11  Plaintiff(s)                         )        CASE NO.:
                                         )
12          vs.                          )            XXVI I
                                         )
13  R.C. WILLEY HOME FURNISHINGS, a      )        DEPT. NO.:
                                         )
14  Corporation, RICHLAND HOLDINGS, Inc., a )    [x] EXEMPT [ ] NOT EXEMPT FROM
                                         )
15  Corporation dba ACCTCORP; EQUIFAX INC, )     ADR pursuant to NAR 3A - Requests
                                         )
16  a Corporation, and TRANS UNION LLC, a )      Equitable Relief
                                         )
17  Corporation                          )
                                         )
18          Defendant(s)
19  _____

20

21                        **COMPLAINT**

22  COMES NOW, Plaintiff(s), through their attorneys of record, Roberta Ohlinger and Elliott Yug

23  of HARRIS YUG AND OHLINGER, and complain and allege as follows:

24

25              **STATEMENT OF THE PARTIES**

26  1.  Plaintiffs MARIA DIAZ, formerly MARIA PLOTKIN, and OMAR DIAZ are consumers

27      within the meaning of the Fair Credit Reporting Act, henceforth FCRA, 15 USC § 1681a.

28

                        COMPLAINT -1-

2. Defendant R.C. WILLEY HOME FURNISHINGS, hereinafter RC WILLEY, is a retailer of furniture, who provides consumer credit for purchase of their products, and is a *furnisher of information* to consumer reporting agencies pursuant to the FCRA.

3. Defendant RICHLAND HOLDINGS, INC. dba Acctcorp of Southern Nevada, hereinafter RICHLAND, is a collections agency and a *furnisher of information* to consumer reporting agencies within the ambit of the FCRA.

4. Defendants EQUIFAX, INC, hereinafter EQUIFAX, and TRANS UNION LLC, hereinafter TRANSUNION, are agencies which compile information on credit worthiness and provides *consumer reports* as defined in the FCRA, 15 USC § 1681a.

## JURISDICTION

5. Plaintiff(s) repeat and reallege all allegations above.

6. Plaintiffs at all times were and are residents of the County of Clark, State of Nevada.

7. Defendant R.C. WILLEY HOME FURNISHINGS is a foreign corporation which does business in Clark County, Nevada, and this Court has jurisdiction.

8. The underlying contracts with R.C. WILLEY were entered into in the County of Clark, State of Nevada, and this court has jurisdiction.

9. Upon information and belief, Defendant RICHLAND HOLDINGS, INC. is a corporation doing business as Acctcorp of Southern Nevada in the County of Clark, State of Nevada, and this court has jurisdiction.

10. Defendant EQUIFAX is a Corporation doing business in Nevada via the internet, and this court has jurisdiction.

11. Defendant TRANS UNION, LLC is a foreign Corporation doing business in Nevada via the internet, and this court has jurisdiction.

12. The acts and omissions complained of herein were committed in the County of Clark, State of Nevada, and this court has jurisdiction.

COMPLAINT -2-

## FIRST CLAIM FOR RELIEF

(Violation of the Fair Credit Reporting Act, 15 USC §1681 *et. seq.*)

13. Plaintiff(s) repeat and reallege all allegations above.

14. In February 2005, Lonny Plotkin and MARIA DIAZ, then MARIA PLOTKIN, hereinafter MARIA, applied for consumer credit with R.C. WILLEY. They were approved for a joint, revolving credit account with the numbers 2117992200.

15. In 2006, MARIA and Lonny divorced. Pursuant to the decree Mr. Plotkin was to assume responsibility for the R.C. WILLEY obligation, which he did. The joint account was closed, and transferred to a new account which was supposed to be Mr. Plotkin's sole account.

16. Upon information and belief, the Account was transferred to a new account, which should have been Mr. Plotkin's separate account, but was at least negligently designated a joint account.

17. Upon information and belief, Mr. Plotkin began to have delinquencies sometime in 2007.

18. This negative tradeline was reported by RC WILLEY and RICHLAND, as their agent, to TRANS UNION, EQUIFAX, and Experian in 2008 as a collections history against MARIA.

19. On or about August 2009, MARIA became aware of the negative report because of an adverse action on a home loan. MARIA contacted ACCTCORP, and requested a correction. At that time, MARIA had excellent credit except for this single tradeline.

20. On or about August 2010, MARIA became aware of the continuing negative tradeline because of an adverse action on an auto loan.

COMPLAINT -3-

21. In August 2010, MARIA again disputed this information with RICHLAND HOLDINGS dba ACCTCORP, who indicated the report was in error and agreed to delete the tradeline on her social security number.

22. At that time, MARIA sent dispute letters to all three national credit reporting agencies, Defendants TRANSUNION, EQUIFAX, and Experian. She included the correspondence from ACCTCORP indicating the report was in error, and TRANSUNION replied that the *dispute had been investigated and found to be invalid.*

23. In April of 2011, MARIA disputed this tradeline directly with RC WILLEY, who agreed to delete the tradeline on her social security number.

24. As of the date of drafting, OCTOBER 24, 2011, the negative tradeline continues to appear on her credit reports with both TRANSUNION and EQUIFAX.

25. MARIA and OMAR DIAZ have been damaged in adverse actions by lenders for this negative collections history, causing the Plaintiff's to suffer an increased interest rate in their automobile and home loans, including a denial of credit for which they otherwise qualified, and now MARIA and OMAR DIAZ are threatened with the loss of federal employment as a direct result of the continued mis-reporting.

26. That the Defendants have collectively failed to maintain reasonable procedures for the investigation of credit disputes; that the Defendants have failed to investigate a dispute; and that the Defendants have collectively failed to delete an erroneous tradeline.

27. That each and every one of these Defendants have acted if not intentionally, then at least with reckless disregard for the rights of the individual and their duties pursuant to statute, thereby justifying punitive damages sufficient to deter like conduct.

///

COMPLAINT -4-

## SECOND CLAIM FOR RELIEF

### (Negligent Undertaking)

28. Plaintiff(s) repeat and reallege all allegations above.

29. Each and every one of the Defendants owes a duty to the Defendant that if they are going to report consumer credit information, they must provide accurate information.

30. Each and everyone of these Defendants has breached that duty, and callously injured and endangered the economic and employment welfare of the Plaintiffs in the midst of the highest unemployment and general economic downturn in the modern century.

31. Each and everyone of these Defendants has acted with callous disregard for the rights of Plaintiffs and their duties pursuant to statute, so as to justify an award of punitive damages sufficient to deter like conduct.

## THIRD CLAIM FOR RELIEF AS TO RICHLAND HOLDINGS & ACCTCORP

### (Violation of 15 USC § 1692 et seq., Fair Debt Collections Practices Act )

32. Plaintiff(s) repeat and reallege all allegations above.

33. That RICHLAND and ACCTCORP are debt collectors subject to the Fair Debt Collections Practices Act, 15 USC 1692 et. seq., henceforth FDCPA.

34. That these Defendants have engaged in multiple violations of the FDCPA, in failing to report that a debt is disputed and misrepresenting the legal characterization of the debt.

35. That these errors have been persistent and ongoing.

**WHEREFORE** Plaintiffs pray for Judgment as follows:

1. Temporary and permanent injunction against the Defendants from continued reporting of the tradeline against Ms. Diaz;

COMPLAINT -5-

2. Damages in excess of $10,000 in an amount to be proven at trial;

3. Statutory damages;

4. Punitive damages pursuant to statute;

5. A reasonable attorney fees and costs of suit;

6. And other such relief as the Court should find just and proper in the circumstances.

Respectfully submitted this 24th day of October, 2011.

By: /s/ R. Ohlinger
HARRIS, YUG & OHLINGER
ROBERTA OHLINGER-JOHNSON
Nevada Bar #10946
Attorneys for Plaintiff(s)

COMPLAINT -6-

CIVIL COVER SHEET

Clark—— County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

# A- 11- 651038- C
# XXVI I

## I. Party Information

Plaintiff(s) (name/address/phone): MARIA DIAZ and OMAR DIAZ——

Attorney: (name/address/phone):
HARRIS, YUG & OHLINGER—— (702) 966-8270
1489 W. Warm Springs Road, Suite #110
Henderson, NV 89014

Defendant(s) (name/address/phone):

——. R.C. Willey Home Furnishings; 20 North Stephanie Street, Henderson, NV 89119;

Richland Holdings, Inc. dba ACCTCORP; 8985 South Eastern, Suite #160, Las Vegas, NV 89123

EQUIFAX INC.; 2215-B Renaissance Drive, Las Vegas, NV 89119

Trans Union LLC; 2215-B Renaissance Drive, Las Vegas, NV 89119

Attorney (name/address/phone):

## II. Nature of Controversy (Please check applicable bold category and applicable subcategory, if appropriate)

☐ **Arbitration Requested**

| Civil Cases | | |
|---|---|---|
| Real Property | Torts | |
| ☐ **Landlord/Tenant** | Negligence | ☐ **Product Liability** |
| ☐ Unlawful Detainer | ☐ **Negligence – Auto** | ☐ Product Liability/Motor Vehicle |
| ☐ **Title to Property** | ☐ **Negligence – Medical/Dental** | ☐ Other Torts/Product Liability |
| ☐ Foreclosure | ☐ **Negligence – Premises Liability** | ☐ **Intentional Misconduct** |
| ☐ Liens | (Slip/Fall) | ☐ Torts/Defamation (Libel/Slander) |
| ☐ Quiet Title | ☐☐ **Negligence – Other** | ☐ Interfere with Contract Rights |
| ☐ Specific Performance | | ☐ **Employment Torts** (Wrongful termination) |
| ☐ **Condemnation/Eminent Domain** | | ☒☐ **Other Torts** |
| ☐ **Other Real Property** | | ☐ Anti-trust |
| ☐ Partition | | ☐ Fraud/Misrepresentation |
| ☐ Planning/Zoning | | ☐ Insurance |
| | | ☒ Legal Tort |
| | | ☐ Unfair Competition |
| Probate | Other Civil Filing Types | |
| Estimated Estate Value: _____ | ☐ **Construction Defect** | ☐ **Appeal from Lower Court** *(also check applicable civil case box)* |
| ☐ **Summary Administration** | ☐ Chapter 40 | ☐ Transfer from Justice Court |
| ☐ **General Administration** | ☐ General | ☐ Justice Court Civil Appeal |
| ☐ **Special Administration** | ☐ **Breach of Contract** | |
| ☐ **Set Aside Estates** | ☐ Building & Construction | ☐ **Civil Writ** |
| ☐ **Trust/Conservatorships** | ☐ Insurance Carrier | ☐ Other Special Proceeding |
| ☐ Individual Trustee | ☐ Commercial Instrument | |
| ☐ Corporate Trustee | ☐ Other Contracts/Acct/Judgment | ☐ **Other Civil Filing** |
| ☐ **Other Probate** | ☐ Collection of Actions | ☐ Compromise of Minor's Claim |
| | ☐ Employment Contract | ☐ Conversion of Property |
| | ☐ Guarantee | ☐ Damage to Property |
| | ☐ Sale Contract | ☐ Employment Security |
| | ☐ Uniform Commercial Code | ☐ Enforcement of Judgment |
| | ☐ **Civil Petition for Judicial Review** | ☐ Foreign Judgment – Civil |
| | ☐ Foreclosure Mediation | ☐ Other Personal Property |
| | ☐ Other Administrative Law | ☐ Recovery of Property |
| | ☐ Department of Motor Vehicles | ☐ Stockholder Suit |
| | ☐ Worker's Compensation Appeal | ☐ Other Civil Matters |

## III. Business Court Requested (Please check applicable category; *for Clark or Washoe Counties only.*)

| ☐ NRS Chapters 78-88 | ☐ Investments (NRS 104 Art. 8) | ☐ Enhanced Case Mgmt/Business |
| ☐ Commodities (NRS 90) | ☐ Deceptive Trade Practices (NRS 598) | ☐ Other Business Court Matters |
| ☐ Securities (NRS 90) | ☐ Trademarks (NRS 600A) | |

11/2/2011
_____
Date

_____
Signature of initiating party or representative

*See other side for family-related case filings.*

Electronically Filed
11/04/2011 09:54:48 AM

1

***HARRIS, YUG & OHLINGER***
ROBERTA OHLINGER-JOHNSON, ESQ.
Nevada Bar #10946
1489 W. Warm Springs Road, Ste #110
Henderson, NV 89014
702.966.8270 Telephone
866.592.8806 Facsimile
efile@HYandOAttorneys.com
Attorneys for Plaintiff(s)

CLERK OF THE COURT

2

3

4

5

6

7

## DISTRICT COURT
## CLARK COUNTY, NEVADA

8

9

MARIA DIAZ and OMAR DIAZ,

10

Plaintiff(s)

CASE NO.: A 11-651038-C

11

vs.

12

R.C. WILLEY HOME FURNISHINGS, a

DEPT. NO.: XXVII

13

Corporation, RICHLAND HOLDINGS, Inc., a

☒ EXEMPT ☐ NOT EXEMPT FROM

14

Corporation dba ACCTCORP; EQUIFAX INC,

ADR pursuant to NAR 3A - Requests

15

a Corporation, and TRANS UNION LLC, a

Equitable Relief

16

Corporation

17

Defendant(s)

NOTICE AND APPLICATION FOR

18

PRELIMINARY INJUNCTIVE RELIEF

19

20

21

NOTICE OF MOTION

22

YOU AND EACH OF YOU will take notice that the above named Plaintiff will bring its

23

Application for Preliminary Injunctive Relief on for hearing before Department XVII of the

x x v i i

24

above-caption Court on the 1 6 day of D e c, 20 1 1 at the hour of 1 0 : 0 0 am / pm or as soon

25

26

thereafter as Counsel may be heard.

27

28

DIAZ / APP for PRELIMINARY INJUNCTION -1-

1

### APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

2    COMES NOW, Plaintiff(s), by and through their attorneys of record, Roberta Ohlinger-Johnson

3    of HARRIS YUG AND OHLINGER, and hereby apply to the Court for a preliminary injunction

4
     pursuant to NRS 33.010 and NRCP 65 requiring the Defendants to remove the collections
5
6    tradeline for RC WILLEY Account number 2117992200 / D33944N2 within five (5) days of

7    written notice of entry of the Order, with a waiver of the bond requirement pursuant to NRCP

8    65(c), and sanctions per Defendant per day for noncompliance.

9
### BACKGROUND
10
11        This case arises under the Fair Credit Reporting Act, 15 USC § 1681 et. seq. and the Fair

12   Debt Collection Practices Act, 15 USC § 1692 et. seq. and common-law Negligent Undertaking

13   for failure to accurately report an adverse collections account. Plaintiff MARIA DIAZ, formerly

14   Maria Olivarez, opened an account with RC WILLEY with her ex-husband in 2005. In 2006, the

15   parties divorced, and Mr. Plotkin transferred the joint account to a separate account pursuant to
16
17   the divorce decree. He became delinquent sometime in 2007. MARIA has been fighting the

18   named Defendants since 2009 for removal of the tradeline, which has now resulted in two

19   adverse interest rates increases, despite her then otherwise stellar credit.

20        Both furnishers of information have agreed the reporting was inaccurate, and proof is

21   provided along with this application for injunctive relief. Both furnishers have promised to
22
23   delete the tradeline. Both Defendant credit reporters, TRANSUNION and EQUIFAX, have been

24   notified of the dispute, and the furnishers' admission that it was incorrect. Defying all logic, the

25   collections history are still reported against her to this day, and not even marked as disputed[1]

26   pursuant to the FCRA. The Plaintiffs, MARIA and her husband OMAR DIAZ, now request

27

28   _____
     [1] Under industry practice, a "dispute" is a "sticky" designation. Once an account is designated as
     disputed, this designation does not come off or expire unless the tradeline is deleted. 15 USC 1681c.

DIAZ / APP for PRELIMINARY INJUNCTION -2-

1  relief from the Court, as MARIA risks an adverse employment determination for which she is

2  otherwise qualified, and for which damages will be inadequate to remedy.

3  STANDARD OF REVIEW

4  NRS 33.010 provides: **"An injunction may be granted in the following cases:**

5
6  1. **When it shall appear by the complaint that the plaintiff is entitled to the relief**

7  **demanded, and such relief or any part thereof consists in restraining the**

8  **commission or continuance of the act complained of, either for a limited period**

9  **or perpetually.**

10
11  2. **When it shall appear, by the complaint or affidavit that the commission or**

12  **continuance of some act, during the litigation, would produce great or**

13  **irreparable injury to the plaintiff.**

14  3. **(omitted)**

15

16  A preliminary injunction is available upon a showing that the party seeking it enjoys a

17
18  reasonable probability of success on the merits and that the defendant's conduct, if continued,

19  will result in irreparable harm which may not be fully compensated by legal damages. *Pcikett v.*

20  *Comanche Construction cCo.* 108 Nev. 422, 836 P.2d 42 (1992), *Dixon v. Thatcher,* 103 Nev.

21
22  414, 742 P.2d 1029 (1987). Upon review, the decision of the trial Court will not be overturned

23  except upon an abuse of discretion. *Ottenheimer v. Real Estate Division,* 91 Nev. 338, 535 P. 2d

24  1025 (1975).

25  SUBSTANTIVE LAW

26  The FCRA is a remedial statute requiring credit reporters to adopt reasonable procedures

27  to investigate disputes in credit reporting to insure fairness and that consumer credit reporting

28

DIAZ / APP for PRELIMINARY INJUNCTION -3-

agencies exercise "their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy." 15 USC §1681. Under Section §1681c, a credit reporting agency is required to indicate when information furnished to the agency is in dispute. This requirement is "sticky," in that the law does not allow for removal of the dispute.  A reinvestigation procedure of information contained in credit reports is required, which includes notice to the furnisher of information, as well as the requirement that the reporting agency consider information submitted by the consumer. 15 USC 1681i.

The furnishers of information also have a separate duty to provide accurate information. See §1681s-2 at subsection (a)(1)(A), providing that "A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate," and (B) "A person shall not furnish information relating to a consumer to any consumer reporting agency if (i) the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and (ii) the information is, in fact, accurate."

Here, the Affidavit and accompanying exhibits, demonstrate that MARIA has disputed this debt since 2009, and that despite the concessions by the furnishers of the information, RC WILLEY and RICHLAND dba ACCTCORP, that the information is incorrect, and their repeated promises to fix it – including the draft removal of the tradeline provided by ACCTCORP, the information is still not correct.  Indeed, it is not even marked as disputed, which is a strict liability violation of the Fair Credit Reporting Act as to all the Defendants, and the Fair Debt Collections Act by RICHLAND.

While before the prior harm of adverse interest rates is compensable by the Defendants. Now, the Plaintiff is applying for federal-based employment as a contractor to the Federal

1   Bureau of Intelligence and has already been asked to explain this adverse item in a background

2   check.   If MARIA does not get the position, these Defendants will be the first to claim that

3   Plaintiff's damages are speculative.  She deserves a fair shot at the position untainted by the

4   conduct of the Defendants.   As this conduct complained of has been continuing since 2009,

5   they collectively have had at least three opportunities to get it right.  They are not likely to do so

6   now of their own volition.

7

8        The Defendants' risk of harm in performing an affirmative injunction is negligible if not

9   non-existent, the risk of harm to MARIA and OMAR is high and imminent as they have already

10  been notified by their employer that this is a problem.  As there is no risk of harm to the

11  Defendants, even in the event that Plaintiffs were unable to prevail on the motion, Plaintiffs

12  respectfully requests the Court to either a) waive the security requirement of NRCP 65, or b) to

13

14  set the security amount at a negligent amount so as to not impede their access to justice.

15                              CONCLUSION

16  WHEREFORE, Plaintiff respectfully requests the Court to grant preliminary injunctive relief,

17  ordering requiring the Defendants to remove the collections tradeline for RC WILLEY Account

18  number 2117992200 / D33944N2 within five (5) days of written notice of entry of the Order,

19

20  with a waiver of the bond requirement pursuant to NRCP 65(c), and sanctions per Defendant per

21  day for noncompliance.

22

23                              Respectfully submitted this 4th Day of November, 2011

24                              /s/ R. Ohlinger-J.
                                ROBERTA OHLINGER-JOHNSON, ESQ.
25                              Nevada Bar #10946
                                1489 W. Warm Springs Road, Ste #110
26                              Henderson, NV 89014
                                702.966.8270 Telephone
27                              866.592.8806 Facsimile
                                efile@HYandOAttorneys.com
28                              Attorneys for Plaintiff(s)


                    DIAZ / APP for PRELIMINARY INJUNCTION -5-

AFFIDAVIT FOR RELIEF

COUNTY OF CLARK          )
                        )   ss.
STATE OF NEVADA         )

1. My name is MARIA DIAZ, formerly MARIA OLIVAREZ, and I am the principal Plaintiff in this matter. I testify based upon personal knowledge except where indicated upon information and belief. Furthermore, the attached exhibits are all true and correct copies of the originals I have in my possession provided to me by these agencies in the usual course of business.

2. Co-Plaintiff OMAR DIAZ is my current husband.

3. I have read the contents of this Application for Preliminary Injunctive relief, and the factual contents thereof are true and correct.

4. In 2005, my ex-husband Lonny Plotkin and I applied for consumer credit with R.C. WILLEY. We had a joint, revolving credit account with the numbers 2117992200.

5. In 2006, we divorced. Pursuant to the decree Lonny was to assume responsibility for the R.C. WILLEY obligation.

6. Upon information and belief, the new account, which should have been Mr. Plotkin's separate account, but was at least negligently designated a joint account.

7. Apparently Mr. Plotkin began to have delinquencies sometime in 2007.

8. This negative tradeline was reported by RC WILLEY and ACCTCORP / RICHLAND, as their agent, to TRANS UNION, EQUIFAX, and Experian in 2008 as a collections history against me.

9. On or about August 2009, I became aware of the negative report because of an adverse action on a home loan. I contacted RICHLAND dba ACCTCORP, and requested a correction. At that time, I had excellent credit except for this single tradeline and ACCTCORP agreed to remove the tradeline. See Exhibit 1, fax to RICHLAND dba ACCTCORP, and reply draft deletion of the tradeline dated 8/13/2009.

10. On or about August 2010, I became aware of the continuing negative tradeline because of an adverse action on an auto loan.

DIAZ / APP for PRELIMINARY INJUNCTION -6-

11. In August 2010, I again disputed this information with RICHLAND HOLDINGS dba
    ACCTCORP, who indicated the report was in error and agreed to delete the tradeline on
    my social security number. See Exhibit 2, Communication from ACCTCORP.

12. At that time, I sent dispute letters to all three national credit reporting agencies,
    Defendants TRANSUNION, EQUIFAX, and Experian. She included the correspondence
    from ACCTCORP indicating the report was in error, and TRANSUNION replied that the
    *dispute had been investigated and found to be invalid.* See Exhibit 3, Communication to
    TRANSUNION, and Exhibit 4, Communication from TRANSUNION.

13. In April of 2011, I disputed this tradeline directly with RC WILLEY, who agreed to
    delete the tradeline on my social security number. See Exhibit 5, Letter from RC
    WILLEY dated May 4, 2011.

14. The negative tradeline continues to appear on my credit reports with both
    TRANSUNION and EQUIFAX. See Exhibits 6 and 7.

15. I am applying for Federal-based employment as a contractor to the Federal Bureau of
    Investigation, which has already contacted me that the collections action may preclude
    employment.

16. As I have exhausted every conceivable avenue of correction multiple times, I now seek
    relief from the Court.

I SWEAR UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

                                        _____
                                        MARIA DIAZ, Plaintiff

DIAZ / APP for PRELIMINARY INJUNCTION -7–

1

## INDEX OF EXHIBITS

2

3

AFFIDAVIT OF MARIA DIAZ

4

5

Exhibit 1.   Fax to ACCTCORP dated 8/11/2009 & Return draft to delete tradeline, dated 8/13/2009

6

7

Exhibit 2.   Email from ACCTCORP, with draft to delete tradeline attached

8

Exhibit 3.   Dispute Letter to TRANSUNION August 23, 2010

9

Exhibit 4.   Reply from TRANSUNION September 1, 2010

10

Exhibit 5.   Letter from RC WILLEY May 4, 2011

11

12

Exhibit 6.   Current Transunion Credit Report (showing collections history only)

13

Exhibit 7.   Current Equifax Consumer Credit Report (showing collections history only)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DIAZ / APP for PRELIMINARY INJUNCTION -6-

EXHIBIT 1

DIAZ PL3

Minelab USA, Inc.
871 Grier Drive,
Suite B 1
Las Vegas, NV 89119
(702) 891-8809
Fax  (702) 891-8810


MINELAB
www.minelab.com

To:   Acct Corp

At:  LISA

Fax:  702-247-9802

Subject: Copy of Divorce dedree

From:  Maria G. Diaz-Aguilar

Pages:  11 including cover

Date:  08-11-2009

Hi Lisa, as per your request, here is a copy of my divorce decree.
You can reach me at 702-588-1314 at any time.

Thanks so much for your assistance

```
FAXED
AUG 1 1 2009
By_____
```

## FAX ACKNOWLEDGEMENT

Please acknowledge receipt of the above items by completing and faxing this sheet to the sender.

I acknowedge receipt of .......... pages above.

.................................
     Signature

.......................
        Date

**Universal Data Form**

AUD Correction Indicator:  Update ☐   Delete ☑   Delete due to fraud ☐

Subscriber Name:  ACCTCORP OF SOUTHERN NEVADA
Subscriber Address:  4955 S DURANGO, STE177, LAS VEGAS, NV, 89113

| | |
|---|---|
| Equifax SC: | 164YC02165 |
| Experian SC: | 1987630 |
| Innovis SC: | 2169650 |
| TU SC: | 25F1001 |

**Consumer Information**

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| OLIVAREZ | MARIA | | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| 25 BISHOPSGATE TERRACE | | HENDERSON | | NV | 89074 |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

| Consumer Information Indicator | ECOA: 2 | Phone: |
|---|---|---|

**Employment Information**

| Employer Name | | | | |
|---|---|---|---|---|
| Current Address | Occupation | | | |
| | City | | State | Zip+4 |

**Associated Consumer Information**

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | | |

| Consumer Information Indicator | ECOA: | | | | | |
|---|---|---|---|---|---|---|
| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
| | | | | | | |

| Current Address | | City | | State | Zip+4 |
|---|---|---|---|---|---|
| | | | | | |

| Consumer Information Indicator | ECOA: | Phone: |
|---|---|---|

**Account Information**

| Account Number | Date Opened | | | Credit Limit | High Credit | Schedule Monthly | Special Comment Code |
|---|---|---|---|---|---|---|---|
| D33904ON1 | | | 0 | $0 | $0 | | |

| Term Due/Freq. | Date Closed | Actual Payment | Delinquency Payment | Account Status | Account Type | Payment Rating | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount | Compliance Condition Code |
|---|---|---|---|---|---|---|---|---|---|---|
| / | 08-13-2009 | | 08-13-2009 | DA | 48 | | 08-13-2009 | 12-16-2007 | $0 | |

| Original Creditor Name | Consumer Classification | Mortgage Agency Identifier | Scn. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| RC WILLEY FURNISHINGS | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control # | 47421722 |
|---|---|---|---|

**Accounts History**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Authorized Signature:  AILEEN ESPERO
Date:  08-13-2009

Tel#:  (702) 240-8097

When you sign this form, you certify that your computer and/or manual records have been adjusted to reflect any changes made.

DIAZ PL5

EXHIBIT 2

DIAZ PL6

**Gaby Olivarez**

From:
Sent:
To:
Subject:
Attachments:

DAVID KAPLAN [D.KAPLAN@ACSNLV.COM]
Monday, August 23, 2010 2:21 PM
Gaby Olivarez
DELETION ON NAME 2 ONLY.pdf
DELETION ON NAME 2 ONLY.pdf

ACCTCORP Of SOUTHERN NEVADA
4955 S. Durango Dr. Suite #177....Las Vegas, NV 89113
Phone (702) 240-3007..Fax: (702) 247-9802.
E-Mail: D.KAPLAN@ACSNLV.COM

per your request

Sincerely,

David Kaplan

PRIVACY POLICY: We do not share "Non Public Information" with any "Third Parties or Entities". All information provided shall be kept confidential and we shall treat same as privileged.
THIS IS AN ATTEMPT TO COLLECT A DEBT FROM A DEBT COLLECTION AGENCY; ANY INFORMATION OBTAINED WILL BE USED ONLY FOR THAT PURPOSE

1

Universal Data Form

| AUD Correction Indicator: Update ☐ Delete ☑ Delete due to fraud ☐ | | | | |
|---|---|---|---|---|

Subscriber Name: ACCTCORP OF SOUTHERN NEVADA
Subscriber Address: 4955 S DURANGO, STE177,LAS VEGAS,NV,89113

Equifax SC: 164YC02165
Experian SC: 1987620
Innovis SC: 2309430
TU SC: 2871001

**Consumer Information**

| Last Name | First Name | | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|---|
| OLIVAREZ | MARIA | | | | | | |

Current Address: 25 BISHOPSGATE TERRACE

| | City | State | Zip+4 |
|---|---|---|---|
| | HENDERSON | NV | 89074 |

| Previous Last Name | | Previous First Name | | Previous Middle Name | | | Previous Gen. |
|---|---|---|---|---|---|---|---|

Previous Address

| | City | | | State | Zip+4 |
|---|---|---|---|---|---|

Consumer Information Indicator: ECOA: 2

Phone:

**Employment Information**

Employer Name:
Current Address:

| | Company: | | | | |
|---|---|---|---|---|---|
| | City | | | State | Zip+4 |

**Associated Consumer Information**

| Last Name | First Name | | Middle | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|---|

Current Address

| | City | | State | Zip+4 |
|---|---|---|---|---|

Consumer Information Indicator: ECOA:

| Last Name | First Name | | Middle | Phone: | | | |
|---|---|---|---|---|---|---|---|
| | | | | Gen. | SSN | DOB | |

Current Address

| | City | | State | Zip+4 |
|---|---|---|---|---|

Consumer Information Indicator: ECOA:

Phone:

**Account Information**

| Account Number | Date Opened | | | Credit Limit | High Credit | Schedule Monthly | Special Comment Code |
|---|---|---|---|---|---|---|---|
| DX994042 | | | 0 | $0 | $0 | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Account Type | Payment Rating | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount | Compliance Condition Code |
|---|---|---|---|---|---|---|---|---|---|---|
| / | 08-13-2009 | | 08-13-2009 | DA | 48 | | 08-13-2009 | 12-16-2007 | $0 | |

Original Creditor Name: RC WILLEY FURNISHINGS

| Condition Clarification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|

Purchased Portfolio or Sold Name

| Activity/Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|

Mortgage Id #

AUD Control #   47421722

**Account History**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Authorized Signature: AILEEN ESPERO
Date: 08-13-2009

Tele: (702) 240-3007

When you sign this form, you certify that your computer and/or manual records have been adjusted to reflect any changes made.

DIAZ PL8

EXHIBIT 3

*I SENT SAME LETTER TO THE 3 CREDIT BUREAU OFFICES!*

August 23, 2010

Transunion credit Bureau
PO Box 2000
Chester, PA 19022

File # 226182144

Name: Maria Gabriela Diaz-Aguilar
Address: 400 Mackay Street. Henderson, NV 89015
SSN : XXX-XX-2728
File # 226182144

Reason: RC willeys made a big mistake on my credit history. My ex-husband was liable for an account and they reported the account to a collection agency under my social security on Dec 2006, which I divorced him on Jul 2006 and on the divorced decree he is 100% liable for the account. RC willeys reported to the collection agency the mistake and Account Corp of Southern Nevada submitted a deletion of this account from my credit history. Please update mi records immediately and also I need it in writing that this account has been deleted from my history.

I and sending you copy of the email I received from the collection agency from David Kaplan.

You can contact me at all times at 702-588-1314
Or at the following emails
ltfuchs@hotmail.com
chama74@sprint.blackberry.net

Sincerely,


Maria Gabriela Diaz-Aguilar

**Gaby Olivarez**

From:          DAVID KAPLAN [D.KAPLAN@ACSNLV.COM]
Sent:          Monday, August 23, 2010 2:21 PM
To:            Gaby Olivarez
Subject:       DELETION ON NAME 2 ONLY.pdf
Attachments:   DELETION ON NAME 2 ONLY.pdf

ACCTCORP Of SOUTHERN NEVADA
4955 S. Durango Dr. Suite #177....Las Vegas, NV 89113
Phone (702) 240-3007..Fax (702) 247-9802.
E-Mail: D.KAPLAN@ACSNLV.COM

per your request

Sincerely,

David Kaplan

PRIVACY POLICY: We do not share "Non Public Information" with any "Third Parties or Entities". All information provided
shall be kept confidential and we shall treat same as privileged.
THIS IS AN ATTEMPT TO COLLECT A DEBT FROM A DEBT COLLECTION AGENCY; ANY INFORMATION
OBTAINED WILL BE USED ONLY FOR THAT PURPOSE

1

DIAZ PL21

Universal Data Form

AUD Correction Indicator:   Update ☐   Delete ☑   Delete due to fraud ☐

Subscriber Name:   ACCTCORP OF SOUTHERN NEVADA

Subscriber Address:   4955 S DURANGO, STE177,LAS VEGAS,NV,89113

Equifax SC:   164VD02165
Experian SC:   1987420
Innovis SC:   2109650
TU SC:   2EY1001

**Consumer Information**

| Last Name | First Name | | Middle Name | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|
| OLIVAREZ | MARIA | | | | | | | |

Current Address

| 25 BISHOPSGATE TERRACE | City HENDERSON | | State NV | Zip+4 89074 |
|---|---|---|---|---|

Previous Last Name | Previous First Name | Previous Middle Name | | Previous Gen.

Previous Address

| | City | | State | Zip+4 |
|---|---|---|---|---|

Consumer Information Indicator:   ECOA:   2          Phone:

**Employment Information**

Employer Name:

Current Address   |   Occupation:

| | City | | State | Zip+4 |

**Associated Consumer Information**

| Last Name | First Name | | Middle | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|

Current Address

| | City | | State | Zip+4 |

Consumer Information Indicator:   ECOA:

| Last Name | First Name | | Middle | Phone: | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|

Current Address

| | City | | State | Zip+4 |

Consumer Information Indicator:   ECOA:          Phone:

**Account Information**

| Account Number | Date Opened | | Account Type | Credit Limit | High Credit | Schedule Monthly | Special Comment Code |
|---|---|---|---|---|---|---|---|
| D3394 0N1 | | | 0 | $0 | $0 | $0 | |

| Term Dur./Freq. | Date Closed | Account Payment | Delinquency Payment Status | Account Type | Payment Rating | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount | Compliance Condition Code |
|---|---|---|---|---|---|---|---|---|---|
| / | 08-13-2009 | | 08-13-2009 | DA   48 | | 08-13-2009 | 12-16-2007 | $0 | |

| Original Creditor Name | Credit Charge Form | Mortgage Agency Identifier | | Soc. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|---|
| RC WILLEY FURNISHINGS | | | | $0 | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|

Mortgage Id #

AUD Control #   47421722

**Account History**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Authorized Signature:   AILEEN ESPINO
Date:   08-13-2009

Tel#:   (702) 240-2007

When you sign this form, you certify that your computer and/or manual records have been adjusted to reflect any changes made.



EXHIBIT 4

*** 226162146-008 ***
PO Box 2000
Chester, PA 19022

09/01/2010   TransUnion.



P171876020180S-4008257-000012494
MARIA GABRIELA DIAZAGUILAR
400 MACKAY ST
HENDERSON, NV 89015

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.custhelp.com

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| PERSONAL INFORMATION | | NEW INFORMATION BELOW |
| R.C WILLEY | # 2117992200 | VERIFIED, NO CHANGE |

P 17787-002 01805-I008257 01/01

EXHIBIT 5



**Financial Services**
P.O. Box 65320
Salt Lake City, Utah 84165-0320
Telephone 801.461.3940
Fax 801.461.3858

May 4, 2011

Maria Gabriela Diaz
400 Mackay St
Henderson NV 89015-6093

Re: RC Willey Account: 2117992200

Credit Bureaus Notified: Equifax, Experian and TransUnion

Dear Customer:

Per your request, and in accordance with The Fair Credit Reporting Act, we have reviewed the reporting of the RC Willey Account to the Credit Bureaus listed above. Due to a change in status or to an error in reporting, we have filed the following correction with the Credit Bureaus:

**Deleted Delinquency 9/06**

This correction is effective immediately, but please allow 30 days for the correction to appear in your file at the Credit Bureaus. This will allow the Credit Bureaus to fully research the problem to ensure it is cleared up completely and accurately.

We apologize for any inconvenience this may have caused you, and we look forward to being of service to you in the future.

Sincerely,

Jo Lynn Lanier
Credit Bureau Research
801-493-4280

EXHIBIT 6

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### GMAC MORTGAGE   #60251****

PO BOX 4622
WATERLOO, IA 50704-4622
(800) 766-4622

| | | |
|---|---|---|
| **Balance:** | $160,351 | **Pay Status:** | >Account 120 Days Past Due Date< |
| **Date Updated:** | 09/30/2011 | | |
| **High Balance:** | $160,047 | **Account Type:** | Mortgage Account |
| **Past Due:** | >$4,822< | **Responsibility:** | Individual Account |
| **Last Payment:** | 05/12/2011 | **Terms:** | $1,150 Monthly for 360 months |
| | | **Date Opened:** | 10/26/2009 |

Loan Type: FHA REAL ESTATE MORTGAGE
Remarks: >FORECLOSURE INITIATED<
>Maximum Delinquency of 120 days occurred in 09/2011 for $4,822<
Estimated month and year that this item will be removed: 05/2018

Late Payments
(20 months)    Last 20 months



30  30  90          1    1    1

### ACCOUNT CORP OF SOUTHERN   #D339****

4955 SOUTH DURANGO
SUITE 117
LAS VEGAS, NV 89113
(702) 240-3007

| | | |
|---|---|---|
| **Balance:** | $5,888 | **Pay Status:** | >In Collection< |
| **Date Verified:** | 09/02/2008 | **Account Type:** | Open Account |
| **Original Amount:** | $5,611 | **Responsibility:** | Joint Account |
| **Original Creditor:** | R C WILLEY HOME FURNISHINGS | | |
| **Past Due:** | >$5,888< | | |

Date Placed for Collection: 06/19/2008
Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 11/2014

### ESCALLATE INC   #3124****

5200 STONEHAM RD
STE 200
CANTON, OH 44720
(877) 237-7787

| | | |
|---|---|---|
| **Balance:** | $0 | **Pay Status:** | >Account Paid in Full; was a Collection< |
| **Date Updated:** | 12/19/2006 | | |
| **Original Amount:** | $74 | **Account Type:** | Open Account |
| **Original Creditor:** | MEDICAL-EPMG ST ROSE DOMINICAN HOSP (Medical/Health Care) | **Responsibility:** | Individual Account |
| | | **Date Closed:** | 12/17/2006 |
| **Last Payment:** | 11/17/2006 | **Date Paid:** | 11/17/2006 |

Loan Type: COLLECTION AGENCY/ATTORNEY
Date Placed for Collection: 08/24/2006
Remarks: >PAID COLLECTION<
Estimated month and year that this item will be removed: 11/2012

## Satisfactory Accounts

The following accounts are reported with no adverse information.

### CAPITAL ONE BANK USA NA   #529115203633****

PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 258-9319

| | | |
|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Current; Paid or Paying as Agreed |
| **Date Updated:** | 03/23/2009 | | |
| **High Balance:** | $836 | **Account Type:** | Revolving Account |
| **Credit Limit:** | $800 | **Responsibility:** | Individual Account |
| **Last Payment:** | 10/04/2008 | **Date Opened:** | 08/24/2001 |
| | | **Date Closed:** | 03/02/2009 |
| | | **Date Paid:** | 10/04/2008 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

Late Payments
(48 months)    Last 48 months



0    0    0

EXHIBIT 7

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

RICHLAND HOLDINGS,INC DBA

Agency Address:          Acctcorp Of Southern Nevad
                         4955 S Durango Dr
                         Las Vegas, NV 891130152
                         (702) 240-3007

Date Reported:           09/2008

Date Assigned:           06/2008

Creditor Classification:

Creditor Name:           R C WILLEY HOME FURNISHINGS

Accounts Number:         D339XXXX

| | |
|---|---|
| Original Amount Owned: | $5,611 |
| Date of 1 st Delinquency: | 12/2007 |
| Balance Date: | 09/2008 |
| Balance Owned: | $5,888 |
| Last Payment Date : | N/A |
| Status Date: | 09/2008 |
| Status: | D - Unpaid |
| Comments: | N/A |

ESCALLATE, LLC

1

***HARRIS, YUG & OHLINGER***
ROBERTA OHLINGER-JOHNSON, ESQ.
Nevada Bar #10946

2

1489 W. Warm Springs Road, Ste #110
Henderson, NV 89014

3

702.966.8270 Telephone
866.592.8806 Facsimile

4

efile@HYandOAttorneys.com
Attorneys for Plaintiff(s)

5

6

7

## DISTRICT COURT
## CLARK COUNTY, NEVADA

8

9

MARIA DIAZ and OMAR DIAZ,

10

Plaintiff(s)                                    CASE NO.: A 11-651038-C

11

vs.

12

R.C. WILLEY HOME FURNISHINGS, a          DEPT. NO.:  XXVII

13

Corporation, RICHLAND HOLDINGS, Inc., a   [x] EXEMPT [ ] **NOT** EXEMPT FROM

14

Corporation dba ACCTCORP; EQUIFAX INC,   ADR pursuant to NAR 3A - Requests

15

a Corporation, and TRANS UNION LLC, a     Equitable Relief

16

Corporation

17

Defendant(s)                            ERRATA: EXHIBITS TO APPLICATION

18

FOR PRELIMINARY INJUNCTIVE RELIEF

19

20

21

Respectfully submitted this 4th Day of November, 2011

22

23

/s/ R. Ohlinger-J.
ROBERTA OHLINGER-JOHNSON, ESQ.
Nevada Bar #10946

24

1489 W. Warm Springs Road, Ste #110
Henderson, NV 89014

25

702.966.8270 Telephone
866.592.8806 Facsimile

26

efile@HYandOAttorneys.com
Attorneys for Plaintiff(s)

27

28

DIAZ / ERRATA APP for PRELIMINARY INJUNCTION -1-

**AFFIDAVIT FOR RELIEF**

COUNTY OF CLARK      )
                     )   ss.
STATE OF NEVADA      )

1. My name is MARIA DIAZ, formerly MARIA OLIVAREZ, and I am the principal Plaintiff in this matter. I testify based upon personal knowledge except where indicated upon information and belief. Furthermore, the attached exhibits are all true and correct copies of the originals I have in my possession provided to me by these agencies in the usual course of business.

2. Co-Plaintiff OMAR DIAZ is my current husband.

3. I have read the contents of this Application for Preliminary Injunctive relief, and the factual contents thereof are true and correct.

4. In 2005, my ex-husband Lonny Plotkin and I applied for consumer credit with R.C. WILLEY. We had a joint, revolving credit account with the numbers 2117992200.

5. In 2006, we divorced. Pursuant to the decree Lonny was to assume responsibility for the R.C. WILLEY obligation.

6. Upon information and belief, the new account, which should have been Mr. Plotkin's separate account, but was at least negligently designated a joint account.

7. Apparently Mr. Plotkin began to have delinquencies sometime in 2007.

8. This negative tradeline was reported by RC WILLEY and ACCTCORP / RICHLAND, as their agent, to TRANS UNION, EQUIFAX, and Experian in 2008 as a collections history against me.

9. On or about August 2009, I became aware of the negative report because of an adverse action on a home loan. I contacted RICHLAND dba ACCTCORP, and requested a correction. At that time, I had excellent credit except for this single tradeline and ACCTCORP agreed to remove the tradeline. See Exhibit 1, fax to RICHLAND dba ACCTCORP, and reply draft deletion of the tradeline dated 8/13/2009.

10. On or about August 2010, I became aware of the continuing negative tradeline because of an adverse action on an auto loan.

DIAZ / APP for PRELIMINARY INJUNCTION -6-

11. In August 2010, I again disputed this information with RICHLAND HOLDINGS dba ACCTCORP, who indicated the report was in error and agreed to delete the tradeline on my social security number. See Exhibit 2, Communication from ACCTCORP.

12. At that time, I sent dispute letters to all three national credit reporting agencies, Defendants TRANSUNION, EQUIFAX, and Experian. She included the correspondence from ACCTCORP indicating the report was in error, and TRANSUNION replied that the *dispute had been investigated and found to be invalid.* See Exhibit 3, Communication to TRANSUNION, and Exhibit 4, Communication from TRANSUNION.

13. In April of 2011, I disputed this tradeline directly with RC WILLEY, who agreed to delete the tradeline on my social security number. See Exhibit 5, Letter from RC WILLEY dated May 4, 2011.

14. The negative tradeline continues to appear on my credit reports with both TRANSUNION and EQUIFAX. See Exhibits 6 and 7.

15. I am applying for Federal-based employment as a contractor to the Federal Bureau of Investigation, which has already contacted me that the collections action may preclude employment.

16. As I have exhausted every conceivable avenue of correction multiple times, I now seek relief from the Court.

I SWEAR UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

MARIA DIAZ, Plaintiff

DIAZ / APP for PRELIMINARY INJUNCTION -7-

1
2                              <u>INDEX OF EXHIBITS</u>
3
4     AFFIDAVIT OF MARIA DIAZ
5
6     Exhibit 1.     Fax to ACCTCORP dated 8/11/2009 & Return draft to delete tradeline, dated
7                    8/13/2009
8     Exhibit 2.     Email from ACCTCORP, with draft to delete tradeline attached
9     Exhibit 3.     Dispute Letter to TRANSUNION August 23, 2010
10    Exhibit 4.     Reply from TRANSUNION September 1, 2010
11
12    Exhibit 5.     Letter from RC WILLEY May 4, 2011
13    Exhibit 6.     Current Transunion Credit Report (showing collections history only)
14    Exhibit 7.     Current Equifax Consumer Credit Report (showing collections history only)
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1

DIAZ PL13

Minelab USA, Inc.
871 Grier Drive,
Suite B 1
Las Vegas, NV 89119
(702) 891-8809
Fax (702) 891-8810


MINELAB
www.minelab.com

To:   Acct Corp

At:   LISA

Fax:  702-247-9802

Subject: Copy of Divorce dedree

From:  Maria G. Diaz-Aguilar

Pages:  11 including cover

Date:  08-11-2009

Hi Lisa, as per your request, here is a copy of my divorce decree.
You can reach me at 702-588-1314 at any time.

Thanks so much for your assistance



FAXED
AUG 1 1 2009
By_____

## FAX ACKNOWLEDGEMENT

Please acknowledge receipt of the above items by completing and faxing this sheet to the sender.

I acknowedge receipt of ........... pages above.

..................................
    Signature

.........................
      Date

DIAZ PL14

**Universal Data Form**

AUD Correction Indicator:   Update ☐   Delete ☑   Delete due to fraud ☐

Subscriber Name:   ACCTCORP OF SOUTHERN NEVADA

Subscriber Address:   4955 S DURANGO, STE177,LAS VEGAS,NV,89113

Equifax SC:   164YC22165
Experian SC:   1587420
Innovis SC:   2169650
TU SC:   28F1001

**Consumer Information**

| Last Name | First Name | | Middle Name | | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|---|
| OLIVAREZ | MARIA | | | | | | | | |

| Current Address | | | City | | | | State | Zip+4 | |
|---|---|---|---|---|---|---|---|---|---|
| 25 BISHOPSGATE TERRACE | | | HENDERSON | | | | NV | 89074 | |

| Previous Last Name | | Previous First Name | | Previous Middle Name | | | | Previous Gen. |
|---|---|---|---|---|---|---|---|---|

| Previous Address | | | City | | | State | Zip+4 | |
|---|---|---|---|---|---|---|---|---|

| Consumer Information Indicator: | ECOA:  2 | Phone: |
|---|---|---|

**Employment Information**

Employer Name:

| Current Address | | Occupation: | | | |
|---|---|---|---|---|---|
| | | City | | State | Zip+4 |

**Associated Consumer Information**

| Last Name | First Name | | Middle | | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|---|

| Current Address | | | City | | | | State | Zip+4 | |
|---|---|---|---|---|---|---|---|---|---|

| Consumer Information Indicator: | ECOA: |
|---|---|

| Last Name | First Name | | Middle | | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|---|

| Current Address | | | City | | | | State | Zip+4 | |
|---|---|---|---|---|---|---|---|---|---|

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

**Account Information**

| Account Number | Date Opened | | | | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | Special Comment Code |
|---|---|---|---|---|---|---|---|---|---|
| D3594042 | | | | | O | $0 | $0 | $0 | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Account Type | Payment Rating | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount | Compliance Condition Code |
|---|---|---|---|---|---|---|---|---|---|---|
| / | 03-13-2009 | | 08-13-2009 | DA | 48 | | 08-12-2009 | 12-16-2007 | $0 | |

| Original Creditor Name | | Credit Class | Mortgage Agency Identifier | | Scn. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|---|---|
| RC WILLEY FURNISHINGS | | | | | | |

| Purchased Portfolio or Sold Name | | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|---|

| Mortgage Id # |
|---|

**Account History**

| AUD Control # | 47421722 |
|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Authorized Signature:   AILEEN ESPERO
Date:   08-13-2009

Tel#:   (702) 240-3007

When you sign this form, you certify that your computer and/or manual records have been adjusted to reflect any changes made.

DIAZ PL15

EXHIBIT 2

DIAZ PL16

**Gaby Olivarez**

From:            DAVID KAPLAN [D.KAPLAN@ACSNLV.COM]
Sent:            Monday, August 23, 2010 2:21 PM
To:              Gaby Olivarez
Subject:         DELETION ON NAME 2 ONLY.pdf
Attachments:     DELETION ON NAME 2 ONLY.pdf

ACCTCORP Of SOUTHERN NEVADA
4955 S. Durango Dr. Suite #177....Las Vegas, NV 89113
Phone (702) 240-3007..Fax (702) 247-9802.
E-Mail: D.KAPLAN@ACSNLV.COM

per your request

Sincerely,

David Kaplan

PRIVACY POLICY: We do not share "Non Public Information" with any "Third Parties or Entities". All information provided
shall be kept confidential and we shall treat same as privileged.
THIS IS AN ATTEMPT TO COLLECT A DEBT FROM A DEBT COLLECTION AGENCY; ANY INFORMATION
OBTAINED WILL BE USED ONLY FOR THAT PURPOSE

1

DIAZ PL17

**Universal Data Form**

| AUD Correction Indicator: | Update: ☐ | Delete: ☑ | Delete due to fraud ☐ | | |
|---|---|---|---|---|---|

Subscriber Name:  ACCTCORP OF SOUTHERN NEVADA
Subscriber Address:  4855 S DURANGO, STE177, LAS VEGAS, NV, 89113

Equifax SC:  164YC02165
Experian SC:  1987420
Innovis SC:  2109650
TU SC:  28P1001

**Consumer Information**

| Last Name | First Name | | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| OLIVAREZZ | MARIA | | | | | |

| Current Address | | | City | State | Zip+4 |
|---|---|---|---|---|---|
| 25 BISHOPSGATE TERRACE | | | HENDERSON | NV | 89074 |

| Previous Last Name | | Previous First Name | Previous Middle Name | | Previous Gen. |
|---|---|---|---|---|---|

| Previous Address | | | City | State | Zip+4 |
|---|---|---|---|---|---|

| Consumer Information Indicator: | ECOA: 2 | Phone: |
|---|---|---|

**Employment Information**

Employer Name:

| Current Address | Occupation: | | | |
|---|---|---|---|---|
| | City | | State | Zip+4 |

**Associated Consumer Information**

| Last Name | First Name | | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|

| Current Address | | | City | State | Zip+4 |
|---|---|---|---|---|---|

Consumer Information Indicator:   ECOA:

| Last Name | First Name | | Middle Name | Phone: | | |
|---|---|---|---|---|---|---|
| | | | | Gen. | SSN | DOB |

| Current Address | | | City | State | Zip+4 |
|---|---|---|---|---|---|

Consumer Information Indicator:   ECOA:   Phone:

**Account Information**

| Account Number | Date Opened | | | Account Type | Credit Limit | High Credit | Schedule Monthly | Special Comment Code |
|---|---|---|---|---|---|---|---|---|
| D373442G | | | | 0 | $0 | $0 | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Status | Account Type | Payment Rating | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount | Compliance Condition Code |
|---|---|---|---|---|---|---|---|---|---|---|
| / | 08-13-2009 | | 08-13-2009 | DA | 48 | | 08-13-2009 | 12-16-2007 | $0 | |

| Original Creditor Name | | Credit Class | | | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|---|---|
| RC WILLEY FURNISHINGS | | Mortgage Agency Identifier | | | | |

| Purchased Portfolio or Sold Name | | Purchased Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|---|

| Mortgage Id # | | | AUD Control # | 47421722 | |
|---|---|---|---|---|---|

**Account History**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Authorized Signature:  AILEEN EXPEZO
Date:  08-25-2009

Tel#:  (702) 240-3027

When you sign this form, you certify that your computer and/or manual records have been adjusted to reflect any changes made.

EXHIBIT 3

DIAZ PL19

*I SENT SAME LETTER TO THE 3 CREDIT BUREAU OFFICES!*

August 23, 2010

Transunion credit Bureau
PO Box 2000
Chester, PA 19022

File # 226182144

Name: Maria Gabriela Diaz-Aguilar
Address: 400 Mackay Street. Henderson, NV 89015
SSN : XXX-XX-2728
File # 226182144

Reason: RC willeys made a big mistake on my credit history. My ex-husband was liable for an account and they reported the account to a collection agency under my social security on Dec 2006, which I divorced him on Jul 2006 and on the divorced decree he is 100% liable for the account. RC willeys reported to the collection agency the mistake and Account Corp of Southern Nevada submitted a deletion of this account from my credit history. Please update mi records immediately and also I need it in writing that this account has been deleted from my history.

I and sending you copy of the email I received from the collection agency from David Kaplan.

You can contact me at all times at 702-588-1314
Or at the following emails
ltfuchs@hotmail.com
chama74@sprint.blackberry.net

Sincerely,


Maria Gabriela Diaz-Aguilar

DIAZ PL20

## Gaby Olivarez

From:           DAVID KAPLAN [D.KAPLAN@ACSNLV.COM]
Sent:           Monday, August 23, 2010 2:21 PM
To:             Gaby Olivarez
Subject:        DELETION ON NAME 2 ONLY.pdf
Attachments:    DELETION ON NAME 2 ONLY.pdf

ACCTCORP Of SOUTHERN NEVADA
4955 S. Durango Dr. Suite #177....Las Vegas, NV 89113
Phone (702) 240-3007..Fax (702) 247-9802.
E-Mail: D.KAPLAN@ACSNLV.COM

per your request

Sincerely,

David Kaplan

PRIVACY POLICY: We do not share "Non Public Information" with any "Third Parties or Entities". All information provided shall be kept confidential and we shall treat same as privileged. THIS IS AN ATTEMPT TO COLLECT A DEBT FROM A DEBT COLLECTION AGENCY; ANY INFORMATION OBTAINED WILL BE USED ONLY FOR THAT PURPOSE

1

DIAZ PL21

**Universal Data Form**

AUD Correction Indicator:   Update ☐   Delete ☑   Delete due to fraud ☐

| Subscriber Name: | ACCTCORP OF SOUTHERN NEVADA | | |
|---|---|---|---|
| Subscriber Address: | 4955 S DURANGO, STE177, LAS VEGAS, NV, 89113 | | |

| Equifax SC: | 164YDX02165 |
|---|---|
| Experian SC: | 1987420 |
| Innovis SC: | 2109650 |
| TU SC: | 2R71001 |

**Consumer Information**

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| OLIVAREZ | MARIA | | | | | |

| Current Address | City | | State | Zip+4 |
|---|---|---|---|---|
| 25 BISHOPSGATE TERRACE | RENDERSON | | NV | 89074 |

| Previous Last Name | Previous First Name | Previous Middle Name | | Previous Gen. |
|---|---|---|---|---|

| Previous Address | City | State | Zip+4 |
|---|---|---|---|

| Consumer Information Indicator: | ECOA:  2 | Phone: |
|---|---|---|

**Employment Information**

| Employer Name: | Company: | | |
|---|---|---|---|
| Current Address | City | State | Zip+4 |

**Associated Consumer Information**

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|

| Consumer Information Indicator: | ECOA: | | |
|---|---|---|---|

| Last Name | First Name | Middle Name | | Phone: | | |
|---|---|---|---|---|---|---|
| | | | | Gen. | SSN | DOB |

| Current Address | City | State | Zip+4 |
|---|---|---|---|

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

**Account Information**

| Account Number | Date Opened | Credit Status | | | Credit Limit | High Credit | Schedule Monthly | Special Comment Code |
|---|---|---|---|---|---|---|---|---|
| D23944N2 | | | | 0 | $0 | $0 | $0 | |

| Term Dur./Freq. | Date Closed | Actual Payment | Payment | Sales | Account Type | Payment Rating | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount | Compliance Condition Code |
|---|---|---|---|---|---|---|---|---|---|---|
| / | 08-13-2009 | | | | DA | 68 | 08-13-2009 | 12-16-2007 | $0 | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency MA account # | Specialized Payment Indicator |
|---|---|---|---|---|
| RC WILLEY FURNISHINGS | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|

| Mortgage M # | | AUD Control # | 47421722 |
|---|---|---|---|

**Account History**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Authorized Signature:   AILEEN ESPERO

Date:   08-13-2009

Tel#:   (702) 240-2007

When you sign this form, you certify that your computer and/or manual records have been adjusted to reflect any changes made.



U.S. Postal Service
CERTIFIED MAIL.. RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To   Trans union
Street, Apt. No.; or PO Box No.   PO Box 2000
City, State, ZIP+4   Chester PA 19022

EXHIBIT 4

DIAZ PL24

*** 226182144-008 ***
PO Box 2000
Chester, PA 19022

09/01/2010   TransUnion.



P17B700201805-I008257-000012494
MARIA GABRIELA DIAZAGUILAR
400 MACKAY ST
HENDERSON, NV 89015

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.custhelp.com.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| PERSONAL INFORMATION<br>R.C WILLEY | # 2117992200 | NEW INFORMATION BELOW<br>VERIFIED, NO CHANGE |

P 17TB7-002.01805-I008257 01J0I

EXHIBIT 5

DIAZ PL26



**RCWilley.**

Financial Services
P.O. Box 65320
Salt Lake City, Utah 84165-0320
Telephone 801.461.3940
Fax 801.461.3858

May 4, 2011

Maria Gabriela Diaz
400 Mackay St
Henderson NV 89015-6093

Re: RC Willey Account: 2117992200

Credit Bureaus Notified: Equifax, Experian and TransUnion

Dear Customer:

Per your request, and in accordance with The Fair Credit Reporting Act, we have reviewed the reporting of the RC Willey Account to the Credit Bureaus listed above. Due to a change in status or to an error in reporting, we have filed the following correction with the Credit Bureaus:

**Deleted Delinquency 9/06**

This correction is effective immediately, but please allow 30 days for the correction to appear in your file at the Credit Bureaus. This will allow the Credit Bureaus to fully research the problem to ensure it is cleared up completely and accurately.

We apologize for any inconvenience this may have caused you, and we look forward to being of service to you in the future.

Sincerely,

Jo Lynn Lanier
Credit Bureau Research
801-493-4280

EXHIBIT 6

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### GMAC MORTGAGE   #60251****

PO BOX 4622
WATERLOO, IA 50704-4622
(800) 766-4622

| | |
|---|---|
| Balance: | $160,351 |
| Date Updated: | 09/30/2011 |
| High Balance: | $160,047 |
| Past Due: | >$4,822< |
| Last Payment: | 05/12/2011 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Account Type: | Mortgage Account |
| Responsibility: | Individual Account |
| Terms: | $1150 Monthly for 360 months |
| Date Opened: | 10/26/2009 |

Loan Type: FHA REAL ESTATE MORTGAGE
Remarks: >FORECLOSURE INITIATED<
>Maximum Delinquency of 120 days occurred in 09/2011 for $4,822<
Estimated month and year that this item will be removed: 05/2018

| Late Payments (20 months) | Last 20 months |
|---|---|

30x 20x 30x

1   1   1

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10

### ACCOUNT CORP OF SOUTHERN   #D339****

4955 SOUTH DURANGO
SUITE 117
LAS VEGAS, NV 89113
(702) 240-3007

| | |
|---|---|
| Balance: | $5,888 |
| Date Verified: | 09/02/2008 |
| Original Amount: | $5,611 |
| Original Creditor: | R C WILLEY HOME FURNISHINGS |
| Past Due: | >$5,888< |

| | |
|---|---|
| Pay Status: | >In Collection< |
| Account Type: | Open Account |
| Responsibility: | Joint Account |

Date Placed for Collection: 06/19/2008
Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 11/2014

### ESCALLATE INC   #3124****

5200 STONEHAM RD
STE 200
CANTON, OH 44720
(877) 237-2787

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 12/19/2006 |
| Original Amount: | $74 |
| Original Creditor: | MEDICAL-BPMG ST ROSE DOMINICAN HOSP (Medical/Health Care) |
| Last Payment: | 11/17/2006 |

| | |
|---|---|
| Pay Status: | >Account Paid in Full; was a Collection< |
| Account Type: | Open Account |
| Responsibility: | Individual Account |
| Date Closed: | 11/17/2006 |
| Date Paid: | 11/17/2006 |

Loan Type: COLLECTION AGENCY/ATTORNEY
Date Placed for Collection: 08/24/2006
Remarks: >PAID COLLECTION<
Estimated month and year that this item will be removed: 11/2012

## Satisfactory Accounts

The following accounts are reported with no adverse information.

### CAPITAL ONE BANK USA NA   #529115203633****

PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 258-9319

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 03/23/2009 |
| High Balance: | $836 |
| Credit Limit: | $800 |
| Last Payment: | 10/04/2008 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 08/24/2001 |
| Date Closed: | 03/02/2009 |
| Date Paid: | 10/04/2008 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (48 months) | Last 48 months |
|---|---|

30x 60x 90x

0   0   0

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK X OK OK X X OK
feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct sep aug jul jun may apr mar

DIAZ PL29

**EXHIBIT 7**

DIAZ PL30

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

RICHLAND HOLDINGS,INC DBA

Agency Address:          Acctcorp Of Southern Nevad
                         4955 S Durango Dr
                         Las Vegas, NV 891130152
                         (702) 240-3007

Date Reported:           09/2008

Date Assigned:           06/2008

Creditor Classification:

Creditor Name:           R C WILLEY HOME FURNISHINGS

Accounts Number:         D339XXXX

DIA2 PL31

| | |
|---|---|
| Original Amount Owned: | $5,611 |
| Date of 1 st Delinquency: | 12/2007 |
| Balance Date: | 09/2008 |
| Balance Owned: | $5,888 |
| Last Payment Date : | N/A |
| Status Date: | 09/2008 |
| Status: | D - Unpaid |
| Comments: | N/A |
| ESCALLATE, LLC | |



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

null / ALL
Transmittal Number: 9325424
Date Processed: 11/21/2011

Primary Contact:    Daniel Halvorsen
Trans Union LLC
555 W. Adams Street
Chicago, IL 60661-3601

| | |
|---|---|
| Entity: | Trans Union LLC<br>Entity ID Number  1884665 |
| Entity Served: | TransUnion LLC |
| Title of Action: | Maria Diaz vs. R.C. Willey Home Furnishings |
| Document(s) Type: | Amended Complaint/Petition |
| Nature of Action: | Other |
| Court/Agency: | Clark County District Court, Nevada |
| Case/Reference No: | A-11-651038-C |
| Jurisdiction Served: | Nevada |
| Date Served on CSC: | 11/18/2011 |
| Answer or Appearance Due: | Other/NA |
| Originally Served On: | CSC |
| How Served: | Regular Mail |
| Sender Information: | Robert Ohlinger-Johnson<br>702-966-8270 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com

1  **COM**
   **HARRIS, YUG & OHLINGER**
2  **ELLIOTT D. YUG, ESQ.**
   **Nevada Bar No. 5172**
3  **ROBERTA OHLINGER-JOHNSON,**
   **Nevada Bar No. 10146**
4  **1489 Warm Springs Rd., # 110**
5  **Henderson, NV 89014**
   **(702) 966-8270**
6  **Attorneys for Plaintiff(s)**
7  **MARIA DIAZ and OMAR DIAZ**

8
   ## DISTRICT COURT
9  ## CLARK COUNTY, NEVADA

10 MARIA DIAZ and OMAR DIAZ,                    )
                                                )
11 Plaintiff(s)                                 )
                                                )
12          vs.                                 )
                                                )
13 R.C. WILLEY HOME FURNISHINGS, a              )    CASE NO.: A 11-651038-C
                                                )
14 Corporation, RICHLAND HOLDINGS, Inc., a      )
                                                )
15 Corporation dba ACCTCORP; EQUIFAX INC,       )    DEPT. NO.: XXVII
                                                )
16 a Corporation, and TRANS UNION LLC, a        )
                                                )
17 Corporation, and EXPERIAN INFORMATION        )
                                                )
18 SOLUTIONS INC., a Corporation                )
                                                )
19          Defendant(s)                        )

20                      ## CERTIFICATE OF MAILING

21      I, Dawn DeMastrie, hereby certify that on the 17th day of November, 2011 I placed a true

22 copy of the AMENDED COMPLAINT into the US Mail, postage prepaid, and addressed to the

23 following at their last known address:

24

25 R.C. WILLEY HOME FURNISHINGS               RICHLAND HOLDINGS, INC.
   20 North Stephanie Street                  Dba ACCTCORP
26 Henderson, NV 89074                        8985 South Eastern
   *Defendant*                                Suite #160
27                                            Las Vegas, NV 89123
28 ///                                        *Defendant*
   ///

                                    -1-

1  EXPERIAN INFORMATION SOLUTIONS INC       EQUIFAX INC.
   c/o The Corporation Trust Company of Nevada    2215-B Renaissance Drive
2  311 South Division Street                 Las Vegas, NV 89119
   Carson City, NV 89703                     *Defendant*
3  *Defendant*

                                             TRANS UNION LLC
4                                            2215-B Renaissance Drive
                                             Las Vegas, NV 89119
5                                            *Defendant*

6

7

8        Dated this 17th day of November, 2011.

9

10

11

12                                           Dawn M. DeMastrie
                                             Legal Assistant
13                                           HARRIS, YUG and OHLINGER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        -2-

Electronically Filed
11/16/2011 01:57:26 PM

CLERK OF THE COURT

1  **COMP**
   *HARRIS, YUG & OHLINGER*
2  ROBERTA OHLINGER-JOHNSON, ESQ.
   Nevada Bar #10946
3  1489 W. Warm Springs Road, Ste #110
   Henderson, NV 89014
4  702.966.8270 Telephone
   866.592.8806 Facsimile
5  efile@HYandOAttorneys.com
   Attorneys for Plaintiff(s)
6

7

8              **DISTRICT COURT**
             **CLARK COUNTY, NEVADA**
9

10  MARIA DIAZ and OMAR DIAZ,          )
                                       )
11  Plaintiff(s)                       )   CASE NO.: A 11-651038-C
                                       )
12          vs.                        )
                                       )
13  R.C. WILLEY HOME FURNISHINGS, a    )   DEPT. NO.: XXVII
                                       )
14  Corporation, RICHLAND HOLDINGS, Inc., a )  [x] EXEMPT [ ] NOT EXEMPT FROM
                                       )
15  Corporation dba ACCTCORP; EQUIFAX INC,)  ADR pursuant to NAR 3A - Requests
                                       )
16  a Corporation, and TRANS UNION LLC, a )  Equitable Relief
                                       )
17  Corporation, and EXPERIAN INFORMATION)
                                       )
18  SOLUTIONS INC., a Corporation
19          Defendant(s)
20  ────────────────────────────
21

22              **AMENDED COMPLAINT**

23  COMES NOW, Plaintiff(s), through their attorneys of record, Roberta Ohlinger and Elliott Yug

24  of HARRIS YUG AND OHLINGER, and complain and allege as follows:

25

26              STATEMENT OF THE PARTIES

27  1.  Plaintiffs MARIA DIAZ, formerly MARIA PLOTKIN, and OMAR DIAZ are consumers

28      within the meaning of the Fair Credit Reporting Act, henceforth FCRA, 15 USC § 1681a.

                    COMPLAINT -1-

2. Defendant R.C. WILLEY HOME FURNISHINGS, hereinafter RC WILLEY, is a retailer of furniture, who provides consumer credit for purchase of their products, and is a *furnisher of information* to consumer reporting agencies pursuant to the FCRA.

3. Defendant RICHLAND HOLDINGS, INC. dba Acctcorp of Southern Nevada, hereinafter RICHLAND, is a collections agency and a *furnisher of information* to consumer reporting agencies within the ambit of the FCRA.

4. Defendants EQUIFAX, INC, hereinafter EQUIFAX, and TRANS UNION LLC, hereinafter TRANSUNION, and EXPERIAN INORMATION SYSTEMS INC., hereinafter Experian, are agencies which compile information on credit worthiness and provides *consumer reports* as defined in the FCRA, 15 USC § 1681a.

<u>JURISDICTION</u>

5. Plaintiff(s) repeat and reallege all allegations above.

6. Plaintiffs at all times were and are residents of the County of Clark, State of Nevada.

7. Defendant R.C. WILLEY HOME FURNISHINGS is a foreign corporation which does business in Clark County, Nevada, and this Court has jurisdiction.

8. The underlying contracts with R.C. WILLEY were entered into in the County of Clark, State of Nevada, and this court has jurisdiction.

9. Upon information and belief, Defendant RICHLAND HOLDINGS, INC. is a corporation doing business as Acctcorp of Southern Nevada in the County of Clark, State of Nevada, and this court has jurisdiction.

10. Defendant EQUIFAX is a Corporation doing business in Nevada via the internet, and this court has jurisdiction.

11. Defendant TRANS UNION, LLC is a foreign Corporation doing business in Nevada via the internet, and this court has jurisdiction.

COMPLAINT -2-

12. Defendant EXPERIAN is a Corporation doing business in Nevada via the internet, and this court has jurisdiction.

13. The acts and omissions complained of herein were committed in the County of Clark, State of Nevada, and this court has jurisdiction.

## FIRST CLAIM FOR RELIEF

(Violation of the Fair Credit Reporting Act, 15 USC §1681 *et. seq.*)

14. Plaintiff(s) repeat and reallege all allegations above.

15. In February 2005, Lonny Plotkin and MARIA DIAZ, then MARIA PLOTKIN, hereinafter MARIA, applied for consumer credit with R.C. WILLEY. They were approved for a joint, revolving credit account with the numbers 2117992200.

16. In 2006, MARIA and Lonny divorced. Pursuant to the decree Mr. Plotkin was to assume responsibility for the R.C. WILLEY obligation, which he did. The joint account was closed, and transferred to a new account which was supposed to be Mr. Plotkin's sole account.

17. Upon information and belief, the Account was transferred to a new account, which should have been Mr. Plotkin's separate account, but was at least negligently designated a joint account.

18. Upon information and belief, Mr. Plotkin began to have delinquencies sometime in 2007.

19. This negative tradeline was reported by RC WILLEY and RICHLAND, as their agent, to TRANS UNION, EQUIFAX, and EXPERIAN in 2008 as a collections history against MARIA.

20. On or about August 2009, MARIA became aware of the negative report because of an adverse action on a home loan.  MARIA contacted ACCTCORP, and requested a correction. At that time, MARIA had excellent credit except for this single tradeline.

21. On or about August 2010, MARIA became aware of the continuing negative tradeline because of an adverse action on an auto loan.

22. In August 2010, MARIA again disputed this information with RICHLAND HOLDINGS dba ACCTCORP, who indicated the report was in error and agreed to delete the tradeline on her social security number.

23. At that time, MARIA sent dispute letters to all three national credit reporting agencies, Defendants TRANSUNION, EQUIFAX, and EXPERIAN.  She included the correspondence from ACCTCORP indicating the report was in error, and TRANSUNION replied that the *dispute had been investigated and found to be invalid.*

24. In April of 2011, MARIA disputed this tradeline directly with RC WILLEY, who agreed to delete the tradeline on her social security number.

25. As of the date of drafting, OCTOBER 24, 2011, the negative tradeline continues to appear on her credit reports with both TRANSUNION and EQUIFAX.

26. MARIA and OMAR DIAZ have been damaged in adverse actions by lenders for this negative collections history, causing the Plaintiff's to suffer an increased interest rate in their automobile and home loans, including a denial of credit for which they otherwise qualified, and now MARIA and OMAR DIAZ are threatened with the loss of federal employment as a direct result of the continued mis-reporting.

27. That the Defendants have collectively failed to maintain reasonable procedures for the investigation of credit disputes; that the Defendants have failed to investigate a dispute; and that the Defendants have collectively failed to delete an erroneous tradeline.

28. That each and every one of these Defendants have acted if not intentionally, then at least with reckless disregard for the rights of the individual and their duties pursuant to statute, thereby justifying punitive damages sufficient to deter like conduct.

SECOND CLAIM FOR RELIEF

(Negligent Undertaking)

29. Plaintiff(s) repeat and reallege all allegations above.

30. Each and every one of the Defendants owes a duty to the Defendant that if they are going to report consumer credit information, they must provide accurate information.

31. Each and everyone of these Defendants has breached that duty, and callously injured and endangered the economic and employment welfare of the Plaintiffs in the midst of the highest unemployment and general economic downturn in the modern century.

32. Each and everyone of these Defendants has acted with callous disregard for the rights of Plaintiffs and their duties pursuant to statute, so as to justify an award of punitive damages sufficient to deter like conduct.

THIRD CLAIM FOR RELIEF AS TO RICHLAND HOLDINGS & ACCTCORP

(Violation of 15 USC § 1692 *et seq.*, Fair Debt Collections Practices Act)

33. Plaintiff(s) repeat and reallege all allegations above.

34. That RICHLAND and ACCTCORP are debt collectors subject to the Fair Debt Collections Practices Act, 15 USC 1692 et. seq., henceforth FDCPA.

COMPLAINT -5-

35. That these Defendants have engaged in multiple violations of the FDCPA, in failing to report that a debt is disputed and misrepresenting the legal characterization of the debt.

36. That these errors have been persistent and ongoing.

**WHEREFORE** Plaintiffs pray for Judgment as follows:

1. Temporary and permanent injunction against the Defendants from continued reporting of the tradeline against Ms. Diaz;

2. Damages in excess of $10,000 in an amount to be proven at trial;

3. Statutory damages;

4. Punitive damages pursuant to statute;

5. A reasonable attorney fees and costs of suit;

6. And other such relief as the Court should find just and proper in the circumstances.

Respectfully submitted this 16th day of November, 2011.

By: */s/ R. Ohlinger*
HARRIS, YUG & OHLINGER
ROBERTA OHLINGER-JOHNSON
Nevada Bar #10946
Attorneys for Plaintiff(s)

COMPLAINT -6-

USA FIRST-CLASS FOREVER

HARRIS, YUG & OHLINGER
1489 W. Warm Springs Road, Ste. #110
Henderson, NV 89014

TRANSUNION LLC
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

# EXHIBIT "B"

1   Paul S. Prior
    Nevada Bar No. 9324
2   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
3   Las Vegas, NV 89169
    Telephone: (702) 784-5200
4   Facsimile: (702) 784-5252
    Email: sprior@swlaw.com
5
    Attorneys for Defendant
6   EQUIFAX INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10  MARIA DIAZ and OMAR DIAZ,                    CASE NO.

11                        Plaintiff,             **JOINDER AND CONSENT TO**
                                                 **REMOVAL OF EQUIFAX, INC**
12  vs.

13  R.C. WILLEY HOME FURNISHINGS, a
    Corporation, RICHLAND HOLDINGS, Inc., a
14  Corporation dba ACCTCORP; EQUIFAX
    INC, a corporation, and TRANS UNION LLC,
15  a Corporation

16                        Defendants

17          Without waiving any other defenses, Equifax, Inc., hereby joins in and consents to the

18  removal of this action from the District Court, Clark County, Nevada, to this Court.

19          Equifax, Inc. first received a copy of the Complaint, the initial pleading setting forth the

20  claim for relief upon which this action is based, on November 8, 2011.

21          DATED this 2| day of November, 2011.

22                                              SNELL & WILMER L.L.P.

23

24                                      By: _____
                                            Paul S. Prior
25                                          Nevada Bar No. 9324
                                            3883 Howard Hughes Parkway, Suite 1100
26                                          Las Vegas, NV 89169

27                                          Attorneys for Defendant
                                            EQUIFAX INC.
28  14065141

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
**SHUMWAY, VAN & HANSEN**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
kevin@shumwayvan.com
Attorney for Defendants
R.C. WILLEY HOME FURNISHINGS, and
RICHLAND HOLIDNGS, INC. d/b/a ACCTCORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIA DIAZ AND OMAR DIAZ,

               Plaintiffs,

vs.

R.C. WILLEY HOME FURNISHINGS,
RICHLAND HOLIDNGS, INC. d/b/a
ACCTCORP, EQUIFAX INC., and TRANS
UION LLC,
      Defendants

Case No.: _____

## DEFENDANTS R.C. WILLEY HOME FURNISHINGS and RICHLAND HOLIDNGS, INC. d/b/a ACCTCORP CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant R. C. Willey

Home Furnishings and Defendant Richland Holdings, Inc. dba Acctcorp of Southern

////

////

////

SHUMWAY VAN & HANSEN
8985 South Eastern Ave., Ste 100
Las Vegas NV 89123
Tel (702) 478-7770 Fax (702) 478-7779

1

Nevada hereby consent to the removal of the above-captioned matter from the District Court of Clark County, Nevada to the United States District Court for the District of Nevada.

Dated November 18, 2011.

SHUMWAY, VAN & HANSEN

Kevin R. Hansen, Esq.
Nevada State Bar No. 6336
8985 South Eastern Ave., Suite 100
Las Vegas, Nevada 89123
Attorney for Defendants
R.C. WILLEY HOME FURNISHINGS, and
RICHLAND HOLIDNGS, INC. d/b/a
ACCTCORP

2

1  GORDON SILVER
   FRANCHESCA VAN BUREN
2  Nevada Bar No. 10260
   Email: fvanburen@gordonsilver.com
3  3960 Howard Hughes Pkwy., 9th Floor
   Las Vegas, Nevada 89169
4  Tel: (702) 796-5555
   Fax: (702) 369-2666
5
   *Attorneys for*
6  *Experian Information Solutions, Inc.*

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9
   MARIA DIAZ and OMAR DIAZ,            | NO.
10
                  Plaintiff,
11
              v.                        | **CONSENT TO REMOVAL**
12
   R.C. WILLEY HOME FURNISHINGS, a
13 Corporation, RICHLAND HOLDINGS, INC., a
   Corporation dba ACCTCORP; EQUIFAX INC, a
14 Corporation, and TRANS UNION, LLC; a
   Corporation, and EXPERIAN INFORMATION
15 SOLUTIONS, INC., a Corporation,

16                  Defendants.

17
          Without waiving any of its defenses, rights or remedies, all of which are hereby reserved
18
   in full, Experian Information Solutions, Inc. ("Experian"), consents to and does not oppose the
19
   removal of Case No. A 11-651038, originally filed in the Eighth Judicial District Court, Clark
20
   County, Nevada, to the United States District Court for the District of Nevada.
21
          DATED this 22nd day of November 2011
22
                                        GORDON SILVER
23

24                                      */s/ Franchesca V. Van Buren*
                                        FRANCHESCA VAN BUREN
25                                      Nevada Bar No. 10260
                                        3960 Howard Hughes Pkwy., 9th Floor
26                                      Las Vegas, Nevada 89169
                                        (702) 796-5555
27                                      Attorneys for EXPERIAN INFORMATION
                                        SOLUTIONS, INC
28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102768-001/1375918                      1 of 1