UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARIA DIAZ, *et al.*, | ) | |
| Plaintiffs, | ) | 2:11-cv-1888-KJD-CWH |
| vs. | ) | ORDER |
| R.C. WILLEY HOME FURNISHINGS, *et al.*, | ) | |
| Defendants. | ) | |

    This matter came is before the Court on the parties' Report of Meet and Confer: Discovery Planning (#25), filed January 11, 2012. The Court has reviewed the stipulation and finds that it does not comply with LR 26-1(d)-(e). The parties are instructed to review the local rule governing discovery and to submit an appropriate discovery plan.

    Accordingly,

    **IT IS HEREBY ORDERED** that parties' Report of Meet and Confer: Discovery Planning (#25) is **denied without prejudice**.

    DATED this 18th day of January, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge