KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
**SHUMWAY VAN & HANSEN**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Tel: (702) 478-7770
Fax: (702) 478-7779
Kevin@shumwayvan.com
*Attorney for Defendants*
R.C. Willey Home Furnishings
and Richland Holdings

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

MARIA DIAZ and OMAR DIAZ,

　　　　Plaintiff,

vs.

R.C. WILLEY HOME FURNISHINGS, a Corporation, RICHLAND HOLDINGS, Inc., a Corporation dba ACCTCORP; EQUIFAX INC, a Corporation, and TRANS UNION LLC, a Corporation, and EXPERIAN INFORMATION SOLUTIONS INC., a Corporation,

　　　　Defendants.

Case No.: 2:11-CV-01888-KJD-CWH

## SUBSTITUTION OF ATTORNEY

Defendants R.C. WILLEY HOME FURNISHINGS and RICHLAND HOLDINGS, INC., hereby substitute JEROME R. BOWEN, ESQ. of the law firm of BOWEN LAW

////

////

////

1

OFFICES in place of and stead of KEVIN R. HANSEN, ESQ., of the law firm of SHUMWAY VAN & HANSEN, to represent it in the above entitled matter this 18th day of September, 2012.

RICHLAND HOLDINSG, INC. d/b/a  
ACCTCORP OF SOUTHERN NEVADA

By: Maree Liggio  
It's President

R.C. WILLEY HOME FURNISHINGS

By: Robert Stockett  
It's: Colecton Morgan

I AGREE to represent R.C. WILLEY HOME FURNISHINGS and RICHLAND HOLDINGS, INC. Defendants in the above entitled matter in the place and stead of KEVIN R. HANSEN, ESQ., of the law firm of SHUMWAY VAN & HANSEN. this 9th day of Nov, 2012.

BOWEN LAW OFFICES

JEROME R. BOWEN, ESQ.  
Nevada Bar No. 4540  
9960 W. Cheyenne Avenue, Stuite 250  
Las Vegas, Nevada 89129  
Ph: (702) 240-5191  
*Attorney for Plaintiff*  
RICHLAND HOLDINGS, INC.

////  
////  
////

SHUMWAY VAN & HANSEN  
8985 South Eastern Ave., Ste 100  
Las Vegas NV 89123  
Tel (702) 478-7770 Fax (702) 478-7779

2

1  I HEREBY ACKNOWLEDGE that R.C. WILLEY HOME FURNISHINGS and
2  RICHLAND HOLDINGS, INC. is substituting JEROME R. BOWEN, ESQ. to represent them
3  in the above-entitled action.

SHUMWAY VAN & HANSEN, CHTD.

_____
KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Kevin@shumwayvan.com
(702) 478-7770
(702) 478-7779

## CERTIFICATE OF MAILING

I hereby certify that on the 9th day of November 2012, I placed a copy of the above SUBSTITUTION OF ATTORNEY into a sealed envelope and mailed it via regular mail, postage prepaid, addressed to:

Roberta Ohlinger-Johnson, Esq.
HARRIS, YUG & OHLINGER
1489 W. Warm Springs Road, Ste #110
Las Vegas, NV 89014
Fx: (866) 592-8806
*Attorney for Plaintiffs*
Maria and Omar Diaz

Paul S. Prior
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, Suite #1100
Las Vegas, NV 89169
*Attorney For Defendant*
Equifax Inc. and
Equifax Information Services, LLC

KEVIN R. HANSEN, ESQ.
SHUMWAY VAN & HANSEN, CHTD.
Nevada Bar No. 6336
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123

_____
An employee of Bowen Law Offices

IT IS SO ORDERED.
DATED: November 9, 2012

_____
UNITED STATES MAGISTRATE JUDGE

3