UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DIAZ, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:11-cv-01888-KJD-CWH |
| vs. | ) **ORDER** |
| R.C. WILLEY HOME FURNISHINGS., *et al*., | ) |
| Defendants. | ) |

    This matter is before the Court on Defendant Equifax Information Services LLC's Motion for Leave to Allow Party Representative to Appear Telephonically at Settlement Conference (#57), filed on January 2, 2013.  Defendant Equifax Information Services LLC requests that the Court excuse their party representative's physical attendance at the Settlement Conference scheduled for January 11, 2013.  They allege that their representative is located in Atlanta, Georgia so it would be unduly burdensome and costly to travel to Nevada for the Settlement Conference.  Additionally, Defendant Equifax Information Services LLC alleges that the party representative would meaningfully participate telephonically and therefore, not prejudice any party or hamper the efficiency of the Settlement Conference.  After review, the Court finds that Defendant Equifax Information Services LLC has not demonstrated good cause for the requested relief.

    Based on the foregoing and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Defendant Equifax Information Services LLC's Motion for Leave to Allow Party Representative to Appear Telephonically at Settlement Conference (#57) is **denied**.

    Dated this 3rd day of January, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**