# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARIA DIAZ, *et al*.,

       Plaintiffs,

v.

R.C. WILEY HOME FURNISHINGS, *et al*.,

       Defendants.

Case No. 2:11-CV-01888-KJD-CWH

**ORDER**

     The parties attended settlement conferences on February 21 and 22, 2013.  A settlement was reached between Plaintiffs and each remaining defendant and placed on the record.  Accordingly, all outstanding motions are denied as moot.

**IT IS SO ORDERED.**

     DATED this 25th day of March 2013.


_____
Kent J. Dawson
United States District Judge