1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **DISTRICT OF NEVADA**
9
10 MARIA DIAZ, *et al*.,
11      Plaintiffs,                Case No. 2:11-CV-01888-KJD-CWH
12 v.                                 **ORDER**
13 R.C. WILEY HOME FURNISHINGS, *et al*.,
14
15      Defendants.
16
17        The parties attended settlement conferences on February 21 and 22, 2013.  A settlement was
18 reached between Plaintiffs and each remaining defendant and placed on the record.  Accordingly, all
19 outstanding motions are denied as moot.
20 **IT IS SO ORDERED.**
       DATED this 25th day of March 2013.
21
22
23
24                              _____
                             Kent J. Dawson
25                              United States District Judge
26